```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                     CASE NO. 08 B 19228
   DIANA M MIIGALA
                                           CHAPTER 13

                                           JUDGE: SUSAN PIERSON SONDERBY

         Debtor
   SSN XXX-XX-3768

--------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
   The case was filed on 07/25/2008 and was not confirmed.

   The case was dismissed without confirmation 08/21/2008.
--------------------------------------------------------------------------
CREDITOR NAME           CLASS         CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                        PAID          PAID
--------------------------------------------------------------------------

PRO SE DEBTOR         DEBTOR ATTY          .00                          .00
TOM VAUGHN            TRUSTEE                                           .00
DEBTOR REFUND         REFUND                                            .00

       Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                       RECEIPTS         DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE                      .00

PRIORITY                                        .00
SECURED                                         .00
UNSECURED                                       .00
ADMINISTRATIVE                                  .00
TRUSTEE COMPENSATION                            .00
DEBTOR REFUND                                   .00
                       --------------   --------------
TOTALS                       .00                .00

     Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                /s/ Tom Vaughn
     Dated: 02/24/09            _____
                                TOM VAUGHN
                                CHAPTER 13 TRUSTEE
```